IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00268-CR

 

James Riley Lemons,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 278th District
Court

Walker County, Texas

Trial Court No. 24,661

 



MEMORANDUM  Opinion



 

James R. Lemons filed a pro se notice of
appeal complaining of the trial court’s denial of his motion for recusal.

In an August 25, 2009 letter, we
notified Lemons that this cause was subject to dismissal for want of
jurisdiction because it appeared that this Court does not have jurisdiction of his
appeal of the denial of the motion for recusal.  See Abbott v. State, 271 S.W.3d 694 (Tex. Crim. App. 2008) (standard
for determining jurisdiction is not whether appeal is precluded by law, but
whether appeal is authorized by law); Everett
v. State, 91 S.W.3d
386, 386 (Tex. App.—Waco 2002, no pet.) (court has jurisdiction over criminal
appeals only when expressly granted by law).  We warned Lemons that we would dismiss
this appeal unless, within 21 days, he showed grounds for continuing it.  Lemons
has not filed a response.  We dismiss this appeal for want of jurisdiction. 

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Dismissed

Opinion
delivered and filed October 7, 2009

Do
not publish

[CR25]